UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-CV-24051- LENARD/LOUIS

MANUEL RODRIGUEZ FERRER,

    Plaintiff,

v.

ATLAS PILES, LLC, HAMMER TIME
BUILDERS INC., CARBAJAL
INVESTMENTS 1, INC., AC REAL ESTATE
INVESTMENTS INC, REINALDO AQUIT,
AND ALBERTO CARBAJAL,

    Defendant(s).

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Atlas Piles, LLC, Hammer Time Builders Inc, Carbajal Investments 1, Inc., AC Real Estate Investments Inc, Reinaldo Aquit, and Alberto Carbajal (collectively, the "Defendants") hereby disclose the following pursuant to this Court's February 10, 2022 Order [ECF 30] on Interested Persons and Corporate Disclosure Statement:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Manuel Rodriguez Ferrer**, Plaintiff**
Atlas Piles, LLC**, Defendant**
Hammer Time Builders Inc**, Defendant**
Carbajal Investments 1, Inc.**, Defendant**
AC Real Estate Investments Inc**, Defendant**
Reinaldo Aquit**, Defendant**
Alberto Carbajal**, Defendant**

Brian H. Pollock, Esq.**, counsel for the Plaintiff**
Toussaint M. Cummings, Esq.**, counsel for the Plaintiff**
Law Office of Brian H. Pollock, P.A.**, counsel for the Plaintiff**
Vanessa D. Torres, Esq.**, counsel for the Plaintiff**

Djebelli Torres PLLC, **counsel for the Plaintiff**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Manuel Rodriguez Ferrer, **Plaintiff**

5.) Check one of the following:

X I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

-or-

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated this 10th day of February 2022

           **Respectfully submitted,**

           **DJEBELLI TORRES PLLC**

           /s/ Vanessa D. Torres
           Vanessa D. Torres, Esquire
           Florida Bar Number 93113
           2100 Coral Way, PH 701
           Coral Gables, Florida 33145
           Office (305) 661-3908
           Facsimile (305) 647-6026
           Service email:   service@dtlawfl.com
           Email:              vanessa@dtlawfl.com
           *Attorney for all Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic email on February 10, 2022 all counsel or parties of record on the Service List below.

           /s/ Vanessa D. Torres
           Vanessa D. Torres

## SERVICE LIST

MANUEL RODRIGUEZ FERRER
C/O BRIAN H. POLLOCK, ESQ.
135 SAN LORENZO AVENUE
SUITE 770
CORAL GABLES, FLORIDA 33146
EMAIL: BRIAN@FAIRLAWATTORNEY.COM